James J. McDonald, Jr., Bar No. 150605
Tamara Devitt Naughton, Bar No. 209683
FISHER & PHILLIPS LLP
18400 Von Karman Avenue, Suite 400
Irvine, California 92612
Telephone (949) 851-2424
Attorneys for Defendant, YELLOW TRANSPORTATION, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JASVEER SINGH; JESUS MIER; and TOMMIE PRUITT, <br><br> Plaintiffs, <br><br> vs. <br><br> YELLOW TRANSPORTATION, INC. DBA YELLOW FREIGHT; INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL UNION #439, DANIEL DRAKE, ROGER PRICE, FRANK VELLA and DOES 1 through 20., <br><br> Defendants. | Case No.: 2:05-CV-0521-MCE-DAD <br><br> **STIPULATION AND ORDER TO ALLOW DEPOSITION OF TIM KROETCH AFTER DISCOVERY CUT-OFF** <br><br> Trial Date: October 18, 2006 |

Plaintiffs Jasveer Singh, Tommie Pruitt, Jesus Mier ("Plaintiffs") and defendants Yellow Transportation, Inc., Roger Price and Daniel Drake, by their undersigned counsel, stipulate for and jointly request an extension of the discovery cut off for the sole purpose of conducting the deposition of Yellow Transportation, Inc. employee Tim Kroetch. In support of this proposed stipulation and order, the parties state as follows:

///

///

PDF created with pdfFactory trial version www.pdffactory.com

1. Plaintiffs noticed the deposition of defendant Yellow Transportation, Inc.'s employee Tim Kroetch for December 20, 2005, before the discovery cut off date of January 20, 2006.

2. Due to a death in his family, Mr. Kroetch was unable to appear for his deposition prior to January 20, 2006.

3. Mr. Kroetch is available for deposition during March 2006 and counsel for all parties agree to schedule a mutually convenient date for Mr. Kroetch's deposition during the month of March 2006.

Therefore, Plaintiff and Defendants stipulate to and jointly request that the Court extend the discovery cut off to and including March 31, 2006 for the sole purpose of conducting Mr. Kroetch's deposition.

IT IS SO STIPULATED.

Dated: February __, 2006        LAW OFFICE OF JOHN RIESTENBERG


                                By: _____
                                    JOHN RIESTENBERG
                                    Attorney for Plaintiffs


DATED: February __, 2006        FISHER & PHILLIPS LLP


                                By: _____
                                    JAMES J. McDONALD, JR.
                                    TAMARA DEVITT NAUGHTON
                                    Attorneys for Defendant
                                    YELLOW TRANSPORTATION, INC.

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

1  DATED: February __, 2006          LAW OFFICES OF JOSEPH SCALIA

2

3                                    By: _____
                                         JOSEPH SCALIA
                                         Attorney for Defendants
4                                        ROGER PRICE AND DANIEL DRAKE

5

6

7                                   ORDER

8     Based upon the parties' stipulation and good cause
appearing therefore, IT IS HEREBY ORDERED that an extension of
9
time of the discovery cut off is granted through and including
10
March 31, 2006 for the sole purpose of conducting the
11
deposition of Tim Kroetch.
12

13

14 DATED: March 15, 2006

15
                                   _____
16                                 MORRISON C. ENGLAND, JR
                                   UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

3

PDF created with pdfFactory trial version www.pdffactory.com

**PROOF OF SERVICE**
(CCP § 1013(a) and 2015.5)

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 18400 Von Karman Avenue, Suite 400, Irvine, California 92612.

On March 8, 2006, I served the foregoing document entitled **STIPULATION AND [PROPOSED] ORDER TO ALLOW DEPOSITION OF TIM KROETCH AFTER DISCOVERY CUT-OFF**, on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| John M. Riestenberg<br>Law Offices of John M. Riestenberg<br>455 Capitol Mall, Suite 410<br>Sacramento, CA 95814<br>Tel: (916) 443-6300<br>Fax: (916) 329-3435 | Attorney for Plaintiffs, Jasveer Singh, Jesus Mier and Tommie Pruitt |
| Mr. Joseph Scalia<br>Law Offices of Joseph Scalia<br>11335 Gold Express, Suite 105<br>Gold River, CA 95670<br>Tel: (916) 858-2286<br>Fax: (916) 852-7777 | Attorney for Roger Price and Daniel Drake |
| Whitney F. Washburn, Attorney<br>Law Offices of Whitney F. Washburn<br>11341 Gold Express Dr., Suite 110<br>Gold River, CA 95670<br>Tel: (916) 638-8800<br>Fax: (916) 638-7068 | Attorney for Roger Price and Daniel Drake |

☒ **[by MAIL]** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 8, 2006, at Irvine California.

Paula Sanchez                             By: _____
Print Name                                       Signature

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com