1  James J. McDonald, Jr. (State Bar No. 150605)
   Tamara Devitt Naughton (State Bar No. 209683)
2  FISHER AND PHILLIPS
   18400 Von Karman Avenue
3  Suite 400
   Irvine, California  92612
4  Telephone:     949 / 851-2424
   Facsimile:      949 / 851-0152
5  Email:           jmcdonald@laborlawyers.com

6  Attorneys for Defendant,
   Yellow Transportation, Inc.
7

8
                    UNITED STATES DISTRICT COURT
9
              EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION
10

11
   JASVEER SINGH; JESUS MIER; and       Case No.  2:05-CV-0521-MCE-DAD
12 TOMMIE PRUITT,

13              Plaintiff,
                                        **REQUEST FOR APPROVAL OF**
14 v.                                   **SUBSTITUTION OF ATTORNEY AND**
                                        **ORDER THEREON**
15 YELLOW TRANSPORTATION, INC.
   DBA YELLOW FREIGHT;
16 INTERNATIONAL BROTHERHOOD OF
   TEAMSTERS, LOCAL UNION #439,
17 DANIEL DRAKE, ROGER PRICE,
   FRANK VELLA and DOES 1 through 20,
18
                Defendants.
19

20

21 TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22

23       Defendant, YELLOW TRANSPORTATION, INC., hereby requests that Steven W.

24 Moore, Esq., Bar No. 193068, at Baker & Hostetler LLP, located at 600 Anton Boulevard, Suite

25 900, Costa Mesa, California, 92626-7221; Phone: 714/ 754-6600; Fax: 714/ 754-6611, Email:

26 smoore@bakerlaw.com, be substituted as retained counsel of record in place and stead of James

27 J. McDonald, Jr., Esq. at Fisher & Phillips.

28

Irvine 409697.1

PDF created with pdfFactory trial version www.pdffactory.com

1  I consent to this substitution.

2  Dated: March __, 2006                                    YELLOW TRANSPORTATION, INC.

3

4                                                                              /S/
                                                                                   Name:_____
5                                                                                  Title:_____

6

7  I consent to this substitution.

8  Dated: March __, 2006                                    FISHER & PHILLIPS

9

10                                                                            /S/
                                                                                   James J. McDonald, Jr.
11                                                                                 (Former Attorney)

12  I accept this substitution.

13  Dated: March __, 2006                                    BAKER & HOSTETLER, LLP

14

15                                                                            /S/
                                                                                   Steven W. Moore
16                                                                                 (New Attorney)

17       IT IS SO ORDERED:

18  Dated: March 27, 2006

19

20                                                          _____
                                                             MORRISON C. ENGLAND, JR
21                                                           UNITED STATES DISTRICT JUDGE

- 2 -

Irvine 409697.1

PDF created with pdfFactory trial version www.pdffactory.com