UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JASVEER SINGH; JESUS MIER; and
TOMMIE PRUITT,

        NO. 2:05-cv-0521-MCE-DAD

    Plaintiffs,

  v.               ORDER SEALING EXPERT REPORTS

YELLOW TRANSPORTATION, INC.
DBA YELLOW FREIGHT;
INTERNATIONAL BROTHERHOOD OF
TEAMSTERS, LOCAL UNION #439,
DANIEL DRAKE, ROGER PRICE,
FRANK VELLA and DOES 1 through
20,

    Defendants.

----oo0oo----

On or about March 20, 2006, Defendant Yellow Transportation, Inc. ("Moving Defendant") filed the instant motion, which seeks permission from the Court to file, under seal, its expert reports prepared by Bernard Rappaport, M.D.  Moving Defendant's request is made pursuant to Local Rule 39-141, which provides that documents may be sealed only upon written order of the Court.

1

1 | Pursuant to the Court's Pretrial (Status) Scheduling Order
2 | issued September 12, 2005, all parties were required to exchange,
3 | and file with the Court, expert designations and written expert
4 | reports by March 20, 2006.  While Moving Defendant indicates that
5 | it exchanged all reports with the parties to this litigation,
6 | including Plaintiffs, in accordance with that deadline, it seeks
7 | to file Dr. Rappaport's reports under seal because they "contain
8 | private and confidential medical information concerning
9 | plaintiffs' mental and/or physical treatment."  (Motion, 3:17-
10 | 19).  Moving Defendant properly points out that by providing
11 | public access to the reports through ordinary filing, Plaintiffs'
12 | privacy interests could be impacted through wholesale disclosure
13 | of medical information and/or psychological treatment or
14 | diagnosis.  See Jaffee v. Redmond, 518 U.S. 1, 12 (1996).
15 | //
16 | //
17 | //
18 | //
19 | //
20 | //
21 | //
22 | //
23 | //
24 | //
25 | //
26 | //
27 | //
28 | //

1     No objection to Defendant's request to file Dr. Rappaport's reports under seal has been made.  Given the lack of any opposition, and good cause appearing therefor, Moving Defendant's Motion to File Expert Reports Under Seal is hereby GRANTED.[1]  Any and all expert reports from Bernard Rappaport M.D. filed with the Court shall be sealed.  The Clerk's Office shall scan paper copies of said reports and maintain the electronic documents on a part of the server that limits access only to authorized individuals.

    IT IS SO ORDERED.

DATED: April 28, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs.  E.D. Cal. Local Rule 78-230(h).