```
 1  JOHN M. RIESTENBERG (SBN 82668)
    LAW OFFICES OF JOHN M. RIESTENBERG
 2  455 Capitol Mall, Suite 410
    Sacramento, CA  95814
 3  Telephone:  (916) 443-6300

 4  Attorney for Plaintiffs
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASVEER SINGH; JESUS MIER; and TOMMIE PRUITT,<br><br>       Plaintiffs,<br><br>  v.<br><br>YELLOW TRANSPORTATION, INC. DBA YELLOW FREIGHT; INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL UNION #439, DANIEL DRAKE, ROGER PRICE, FRANK VELLA and DOES 1 through 20.,<br><br>       Defendants.<br>_____/ | No. 2:05-cv-0521-MCE-DAD<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITHOUT PREJUDICE** |

Plaintiffs Jasveer Singh, Jesus Mier and Tommie Pruitt and Defendant Roger Price, by and through their respective counsel of record, do hereby stipulate that this matter be dismissed without prejudice as to ROGER PRICE ONLY, each party to bear their own costs of suit and attorney's fees.

///
///
///
///

Respectfully submitted,

Dated: May 8, 2006                LAW OFFICES OF JOHN M. RIESTENBERG

                                  _____
                                  JOHN M. RIESTENBERG
                                  Attorney for Plaintiffs

Dated: May 4, 2006                LAW OFFICE OF JOSEPH SCALIA

                                  _____
                                  JOSEPH SCALIA
                                  Attorney for Defendant ROGER PRICE

**ORDER**

    IT IS SO ORDERED.

DATE: May 8, 2006

                                  _____
                                  MORRISON C. ENGLAND, JR
                                  UNITED STATES DISTRICT JUDGE