1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 JASVEER SINGH, JESUS MIER          No. 2:05-cv-0521-MCE-DAD
   and TOMMY PRUITT,
12
            Plaintiffs,
13
         v.                          **NON RELATED CASE ORDER**
14
   YELLOW TRANSPORTATION, INC.,
15 DANIEL DRAKE, ROGER PRICE,
   and FRANK VELLA,
16
            Defendants.
17 _____/

18 ELBERT JEFFERY,                    No. 2:05-cv-2306-DFL-PAN

19          Plaintiff,

20       v.

21 YELLOW TRANSPORTATION, INC.
   dba YELLOW FREIGHT,
22
            Defendant.
23 _____/

24     The Court has received the Notice of Related Cases
25 concerning the above-captioned cases filed April 24, 2006.  See
26 Local Rule 83-123, E.D. Cal. (1997).  The Court has determined,
27 however, that it is inappropriate to relate or reassign the
28 cases, and therefore declines to do so.

                                1

This Order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this Court.

 IT IS SO ORDERED.

DATED: May 8, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE