John M. Riestenberg, Bar No. 82668
LAW OFFICES OF JOHN M. RIESTENBERG
455 Capitol Mall, Suite 410
Sacramento, CA 95814
Phone: (916)443-6300
Email: jmriestenberg@sbcglobal.net

Attorneys for Plaintiffs

Joseph L. Chairez, Bar No. 98698
Fabio R. Cabezas, Bar No. 131998
BAKER & HOSTETLER LLP
600 Anton Boulevard, Suite 900
Costa Mesa, CA 92626-7221
Telephone:     714.754.6600
Facsimile:     714.754.6611
Email:         jchairez@bakerlaw.com

Steven W. Moore, Bar No. 193068
BAKER & HOSTETLER LLP
303 East 17th Avenue, Suite 1100
Denver, CO 80203-1264
Telephone:     303.861.0600
Facsimile:     303.861.7805
Email:         smoore@bakerlaw.com

Attorneys for Defendant
Yellow Transportation, Inc. dba Yellow Freight

Joseph W. Scalia, Bar No. 72526
LAW OFFICES OF JOSEPH W. SCALIA
11341 Gold Express Drive, Suite 110
Gold River, CA 95670
Phone: (916) 638-8083
Fax: (916) 631-8188
Email: jwscalia@sbcglobal.net

Attorneys for Defendants
Daniel Drake and Roger Price

///

///

///

///

////

///

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JASVEER SINGH; JESUS MIER; and
TOMMIE PRUIT,

          Plaintiffs,

v.

YELLOW TRANSPORTATION, INC.
DBA YELLOW FREIGHT;
INTERNATIONAL BROTHERHOOD OF
TEAMSTERS, LOCAL UNION #439,
DANIEL DRAKE, ROGER PRICE,
FRANK VELLA and DOES 1 through 20,

          Defendants.

Case No.   2:05-CV-0521 MCE DAD

**STIPULATION AND ORDER FOR
CONTINUANCE OF HEARING ON
DEFENDANT YELLOW
TRANSPORTATION, INC.'S THREE
MOTIONS FOR SUMMARY
JUDGMENT/SUMMARY ADJUDICATION
AND MOTION IN LIMINE TO EXCLUDE
TESTIMONY OF PLAINTIFFS' EXPERT
JAN DUFFY**

Judge:  Honorable Morrison C. England, Jr.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

WHEREAS, this is a multi-plaintiff discrimination lawsuit in which plaintiffs, one former and two current dockworkers at Defendant Yellow Transportation, Inc.'s Tracy, California, dock, allege racial discrimination, harassment and retaliation.

WHEREAS, on May 5, 2006, Defendant Yellow Transportation, Inc. ("Yellow Transportation") filed three motions for summary judgment/summary adjudication in the above-entitled matter, each of which is directed at one of the three plaintiffs, and which are set to be heard in this Court on June 5, 2006.

WHEREAS, on May 4, 2006, Yellow Transportation also filed a Motion in Limine, set for hearing on June 5, 2006, asking that the Court exclude from evidence the testimony of Plaintiffs' expert, Jan Duffy.

WHEREAS, Plaintiffs are presently required to respond to all of Yellow Transportation's motions by May 22, 2006.

WHEREAS, Plaintiffs' counsel has advised defense counsel ("defense counsel") for Yellow Transportation  that Plaintiffs cannot reasonably prepare adequate opposition briefs for these motions within the two weeks allowed.

1   WHEREAS, Plaintiffs' counsel, a sole practitioner, is preparing and is scheduled for trial in

2   Placer County, in a case entitled <u>Ceballos v. Union Pacific Railroad</u>, Placer County Case No.

3   SDV13562, with a designated judge and courtroom, with trial commencing on May 30, 2006.  The

4   <u>Ceballos</u> trial is expected to last approximately 7 to 10 days.

5   WHEREAS, the parties will be participating in a two-day mediation on June 19 and 20, 2006

6   before the Hon. V. Gene McDonald (Ret.) of JAMS.

7   WHEREAS, Plaintiff's counsel has met and conferred with defense counsel regarding re-

8   scheduling the hearing on Yellow Transportation's motions for summary judgment/summary

9   adjudication and motion in limine to the middle or end of July, 2006, to allow adequate time for

10  review of the evidence, briefing, and preparation of Plaintiffs' oppositions, and defense counsel has

11  agreed to such continuance.

12  WHEREAS, Counsel for Yellow Transportation has called the court clerk but could not

13  confirm the date of July 24, 2006 is available for the hearing of the above motions but that such date

14  is agreeable to the parties.

15  WHEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES

16  through their counsel of record that:

17  1.   The hearing date of Yellow Transportation's motions for summary

18  judgment/summary adjudication and motion in limine be continued to the middle or end of July,

19  2006.

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

- 3 -

1    **STIPULATED AND AGREED TO BY:**

2    Dated:  May 12, 2006                         LAW OFFICES OF JOHN RIESTENBERG

3

4                                                /s/ John M. Riestenberg, Esq.
                                                 (as authorized on May 12, 2006)
5                                                John M. Riestenberg
                                                 Attorney for Plaintiffs

6    Dated:  May 12, 2006                         BAKER & HOSTETLER LLP

7

8                                                /s/ Joseph L. Chairez, Esq.
                                                 Joseph L. Chairez
9                                                Steven W. Moore
                                                 Attorneys for Defendant
10                                               Yellow Transportation, Inc. dba Yellow Freight

11   Dated:  May 12, 2006                         LAW OFFICES OF JOSEPH SCALIA

12                                               /s/ Joseph Scalia, Esq.
                                                 (as authorized on May 12, 2006)
13                                               Joseph Scalia
                                                 Attorneys for Defendant
14                                               Daniel Drake

15

16

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

## ORDER

The Court having considered the stipulation of the parties for the continuance of the hearing on Yellow Transportation's motions for summary judgment/summary adjudication and motion in limine finds that the stipulation and request are in the interests of justice.

**IT IS THEREFORE ORDERED** that:

1.      The hearing on Yellow Transportation's motions for summary judgment/summary adjudication and Yellow Transportation's motion in limine regarding the testimony of Jan Duffy are continued from June 5, 2006 to July 24, 2006 at 9:00 a.m. or to the following date and time:  July 17, 2006 at 09:00 a.m.

Dated: May 18, 2006

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

- 5 -