1  JOHN M. RIESTENBERG / SB# 82668
   LAW OFFICES OF JOHN M. RIESTENBERG
2  455 Capitol Mall, Suite 410
   Sacramento, CA  95814
3  Telephone:  (916) 443-6300

4  Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASVEER SINGH; JESUS MIER; and TOMMIE PRUITT, | No. 2:05-cv-0521-MCE-DAD |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO FILE AND/OR LODGE PAPER COPIES OF PLAINTIFFS' EXHIBITS, UNREDACTED, WITH THE COURT** |
| v. | |
| YELLOW TRANSPORTATION, INC. DBA YELLOW FREIGHT; INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL UNION #439, DANIEL DRAKE, ROGER PRICE, FRANK VELLA and DOES 1 through 20, | **Date: August 21, 2006**<br>**Time: 9:00 a.m.**<br>**Courtroom: 3** |
| Defendants. | |

The Court, having reviewed Plaintiffs' Ex Parte Application to file paper copies of Plaintiffs' Exhibits in Opposition to Defendant's Motions for Summary Judgment, which are set for hearing on August 21, 2006, hereby grants Plaintiffs' Application and orders the paper copies of Plaintiffs' Exhibits, unredacted, to be filed [or lodged] with the Court.

DATED: July 31, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE