JOHN M. RIESTENBERG / SB# 82668
LAW OFFICES OF JOHN M. RIESTENBERG
455 Capitol Mall, Suite 410
Sacramento, CA  95814
Telephone:  (916) 443-6300

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASVEER SINGH; JESUS MIER; and TOMMIE PRUITT,<br><br>Plaintiffs,<br><br>v.<br><br>YELLOW TRANSPORTATION, INC. DBA YELLOW FREIGHT; INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL UNION #439, DANIEL DRAKE, ROGER PRICE, FRANK VELLA and DOES 1 through 20,<br><br>Defendants. | Case No.  2:05-CV-00521-RRB-EFB<br><br>**STIPULATION FOR AN ORDER SHORTENING TIME FOR A HEARING ON PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT** |
| ELBERT JEFFERY<br>Plaintiff,<br>v.<br><br>YELLOW TRANSPORTATION, INC. DBA YELLOW FREIGHT; INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL UNION #439, DANIEL DRAKE, ROGER PRICE, FRANK VELA and DOES 1-20,<br><br>Defendants. | Case No. 2:05-CV-02306-RRB-EFB |

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL, hereby stipulate

to an Order Shortening Time so that Plaintiffs' Motion for Leave to File a Supplemental Complaint may be heard at the hearing on the presently set Pretrial Conference for March 31, 2008, in the above-entitled consolidated cases.

STIPULATED AND AGREED TO BY:

Dated:                          LAW OFFICES OF JOHN RIESTENEBRG


_____
JOHN RIESTENBERG
Attorney for Plaintiffs

Dated:                          BAKER & HOSTETLER


_____
STEVE MOORE
Attorneys for Defendant Yellow Transportation, Inc.


Dated:                          LAW OFFICES OF JOSEPH SCALIA


_____
JOSEPH SCALIA
Attorney for Defendant Daniel Drake

## ORDER

Having considered the Stipulation of the parties for an Order Shortening Time for a Hearing on Plaintiffs' Motion to File a Supplemental Complaint in the above-entitled consolidated cases, the Court finds that the Order Shortening Time is in the interest of justice and should be granted and will hold a hearing on Plaintiffs' Motion for Leave to File a Supplemental Complaint on March 31, 2008 at 4:00 p.m.

Dated: 03/10/2008

/s/ Ralph R. Beistline
UNITED STATES DISTRICT COURT JUDGE